Name & Address:
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Telephone:  212.692.1000
Facsimile:  212.692.1020

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER<br><br>Plaintiff(s)<br>v.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF and PHILLIP RUBALOFF<br><br>Defendant(s). | CASE NUMBER:<br>12-CV-10591(PJW)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Gregory P. Gulia , of Duane Morris LLP, 1540 Broadway, New York, NY 10036
　　　*Applicant's Name*　　　　　　　　　　　　*Firm Name / Address*

212-692-1000　　　　　　　　　　　　gpgulia@duanemorris.com
　　*Telephone Number*　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

☐ Intervener or other interested person CONOPCO, INC. d/b/a UNILEVER

and the designation of  Audra L. Thompson (SBN 218479)
　　　　　　　　　*Local Counsel Designee /State Bar Number*

of  Duane Morris LLP, Suite 3100, 865 South Figueroa Street, Los Angeles, CA 90017-5450
　　　　　　　*Local Counsel Firm / Address*

213-689-7400　　　　　　　　　　　　athompson@duanemorris.com
　　*Telephone Number*　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  January 17, 2013

U. S. District Judge/U.S. Magistrate Judge

American LegalNet, Inc.
www.FormsWorkFlow.com