Name & Address:
Vanessa C. Hew, Esq..
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER<br><br>Plaintiff(s)<br>v.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF and PHILLIP RUBALOFF<br><br>Defendant(s). | CASE NUMBER:<br>12-cv-10591(PJW)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Vanessa C. Hew__, of __Duane Morris LLP, 1540 Broadway, New York, NY 10036__
    *Applicant's Name*                                                     *Firm Name / Address*

__212-692-1000__                                       __vchew@duanemorris.com__
  *Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff   ☐ Defendant
☐ Intervener or other interested person __CONOPCO, INC. d/b/a UNILEVER__

and the designation of __Audra L. Thompson (SBN 218479)__
                                      *Local Counsel Designee /State Bar Number*

of __Duane Morris LLP, Suite 3100, 865 South Figueroa Street, Los Angeles, CA 90017-5450__
                                      *Local Counsel Firm / Address*

__213-689-7400__                                       __athompson@duanemorris.com__
  *Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated January 17, 2013                                        /s/ Patrick J. Walsh
                                                     U. S. District Judge/U.S. Magistrate Judge