NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER:
Audra L. Thompson (SBN 218479)
Duane Morris LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017
Tel.: (213) 689-7400 / Fax: (213) 689-7401
ATTORNEYS FOR: Plaintiff Conopco, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONOPCO, INC ET AL**<br><br>Plaintiff(s),<br><br>V.<br>**P.E. RUBALOFF CO, INC ET AL**<br><br>Defendant(s) | CASE NUMBER<br><br>CV12- 10591 PJW<br><br>STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STASTES MAGISTRATE JUDGE<br>(For use in Magistrate Judge<br>Civil Consent Pilot Project Cases only) |

*THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2*

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge __Patrick J. Walsh__. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐ In accordance with the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P.73(b), the party or parties listed below to the above-captioned civil matter hereby waive their right to proceed before a District Judge and Consent to have the assigned Magistrate Judge Patrick J. Walsh conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☒ The party or parties listed below to the above-captioned civil matter Do Not Consent to proceed before the assigned Magistrate Judge Patrick J. Walsh.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (OR Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Audra L. Thompson | /s/ Audra L. Thompson | Plaintiff Conopco, Inc. d/b/a Unilever |
| | | |
| | | |
| | | |

☐ Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

All parties having consented to proceed before the assigned magistrate judge, this case will remain assigned to United States Magistrate Judge Patrick J. Walsh for all further proceedings.

---

CV-11C (06/11)    STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STASTES MAGISTRATE JUDGE
(For use in Magistrate Judge Civil Consent Pilot Project Cases only)