Audra L. Thompson (SBN 218479)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail:  AThompson@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew  (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail:  GPGulia@duanemorris.com
            VCHew@duanemorris.com

Attorneys for Plaintiff
Conopco, Inc. d/b/a Unilever

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER<br><br>Plaintiff,<br><br>v.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF and PHILLIP RUBALOFF<br><br>Defendants. | Case No.: 2:12-cv-10591-JAK-JC<br><br>**PLAINTIFF CONOPCO, INC. d/b/a UNILEVER'S RESPONSE TO ORDER TO SHOW CAUSE** |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Plaintiff, Conopco,. Inc. d/b/a Unilever ("Plaintiff"), hereby submits this response to the Order to Show Cause regarding dismissal for lack of prosecution, entered on March 25, 2013 (Doc. # 20).  Plaintiff respectfully advises the Court that although counsel for defendants P.E. Rubaloff Co., Inc., Karen Rubaloff, and Phillip

Rubaloff (collectively "Defendants") has not formally entered an appearance in this action, Defendants' counsel contacted Plaintiff's counsel in response to the complaint, and the parties are currently pursuing an amicable resolution of the case. See Declaration of Gregory P. Gulia, sworn April 8, 2013. The parties have prepared and are currently in the process of negotiating a draft settlement agreement, which Plaintiff anticipates will be finalized and executed within the next 30 days. Id. Therefore, Plaintiff respectfully requests that the Court not dismiss this action for lack of prosecution.

Dated: April 8, 2013

**DUANE MORRIS LLP**

By:  s/ Audra L. Thompson
Audra L. Thompson (SBN 218479)
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

and

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email address: GPGulia@duanemorris.com
                        VCHew@duanemorris.com

Attorneys for Plaintiff
Conopco, Inc. d/b/a Unilever