Audra L. Thompson (SBN 218479)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail:  AThompson@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew  (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail:  GPGulia@duanemorris.com
         VCHew@duanemorris.com

Attorneys for Plaintiff
Conopco, Inc. d/b/a Unilever

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER<br><br>Plaintiff,<br><br>v.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF and PHILLIP RUBALOFF<br><br>Defendants. | Case No.: 2:12-cv-10591-JAK-JC<br><br>**DECLARATION OF GREGORY P. GULIA IN SUPPORT OF PLAINTIFF CONOPCO, INC. d/b/a UNILEVER'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Gregory P. Gulia, declare as follows:

1.     I am a partner of Duane Morris LLP, counsel for plaintiff Conopco, Inc. d/b/a Unilever ("Plaintiff") in the above-captioned matter.  I submit this declaration in support of Plaintiff's Response to the Order to Show Cause regarding dismissal for lack of prosecution, entered on March 25, 2013 (Doc. # 20).

---

DECLARATION OF GREGORY P. GULIA IN SUPPORT OF PLAINTIFF CONOPCO, INC. D/B/A UNILEVER'S RESPONSE TO ORDER TO SHOW CAUSE

DM2\4200353.1

2.      Although counsel for defendants P.E. Rubaloff Co., Inc., Karen Rubaloff and Phillip Rubaloff (collectively "Defendants") never formally entered an appearance, Defendants' counsel contacted me regarding the complaint filed in above-captioned matter.

3.      Defendants' counsel and I have participated in telephone conferences and exchanged communications regarding settlement, and the parties are pursuing an amicable resolution of this action.

4.      A settlement agreement has been drafted and the parties are currently negotiating the settlement agreement.

5.      Plaintiff anticipates that the settlement agreement will be finalized and executed within the next 30 days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2013, in New York, New York.

_____
Gregory P. Gulia