Audra L. Thompson (SBN 218479)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail:  AThompson@duanemorris.com

Gregory P. Gulia *(admitted pro hac vice)*
Vanessa C. Hew  *(admitted pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail:  GPGulia@duanemorris.com
         VCHew@duanemorris.com

Attorneys for Plaintiff
Conopco, Inc. d/b/a Unilever

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER<br><br>Plaintiff,<br><br>v.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF and PHILLIP RUBALOFF<br><br>Defendants. | **Case No.: 2:12-cv-10591-JAK-JC**<br><br>**PLAINTIFF CONOPCO, INC. d/b/a UNILEVER'S REPORT REGARDING THE STATUS OF SETTLEMENT** |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Plaintiff, Conopco, Inc. d/b/a Unilever ("Plaintiff"), hereby submits this Report Regarding the Status of Settlement in response to the Court's Order entered on April 9, 2013 (Doc. # 22).  Plaintiff respectfully advises the Court that the parties are still actively negotiating a settlement in this matter.  However, Plaintiff needs certain

information from Defendant.  This Friday, Defendant produced 17,872 pages of documents to Plaintiff, which are currently being copied and reviewed.  Plaintiff anticipates that a settlement agreement will be finalized within the next 45 days.

Dated:  May 13, 2013  **DUANE MORRIS LLP**

By: /s/ Audra L. Thompson
Audra L. Thompson (SBN 218479)
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

and

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email address: GPGulia@duanemorris.com
                    VCHew@duanemorris.com

Attorneys for Plaintiff
Conopco, Inc. d/b/a Unilever