**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-10591 JAK (JCx) | Date | May 15, 2013 |
| Title | Conopco, Inc. v. P E Rubaloff Co., Inc., et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT AND SETTING SCHEDULING CONFERENCE**

Based upon the statements made in Plaintiff's "Report Regarding the Status of Settlement (Dkt. 23), the May 20, 2013, Status Conference Re Settlement is continued to June 24, 2013 at 1:30 p.m. The Scheduling Conference in this matter is also set for that date and time. If a notice of settlement is filed prior to June 21, 2013, no appearances will be required at the hearing. The filings required for the Scheduling Conference shall be timely filed as required by the Local Rules and Judge Kronstadt's standing orders. There will be no further continuances of these dates.

**IT IS SO ORDERED.**

: 

Initials of Preparer  ak