EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>Plaintiff,<br><br>vs.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF, AND PHILLIP RUBALOFF,<br><br>Defendants. | Case No. 2:12-CV-10591-JAK-JCx<br><br>**ANSWER** |

Defendants, by their attorneys, respond to the allegations contained in the Complaint as follows:

1.  Paragraph 1 of the Complaint does not contain factual allegations which require response. To the extent that a response is deemed to be required, Defendants deny each such allegation.

2.  Defendants admit that this Court has subject matter and personal jurisdiction and that venue is proper as alleged in Paragraph 2 of the Complaint.

3.  Defendants deny the factual allegations contained in Paragraph 3 of the Complaint.

4.  Defendants admit that they are residents of the State of California; and may reasonably anticipate being brought into a California court. Defendants

CHRISTIE, PARKER & HALE, LLP

deny the remaining allegations contained in Paragraph 4 of the Complaint.

5. Defendants admit that this Court has personal jurisdiction over Defendants, that they reside in California; and purposefully avail themselves of the laws of California. Defendants deny the remaining allegations contained in Paragraph 5 of the Complaint.

6. Defendants deny the allegations contained in Paragraph 6 of the Complaint.

7. Defendants admit that they have availed themselves of the benefits of doing business in California and that they may reasonably anticipate being brought into a California court as alleged in Paragraph 7 of the Complaint.

8. Defendants admit the allegations contained in Paragraph 8 of the Complaint.

9. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 9 of the Complaint and therefore deny same.

10. Defendants admit the allegations contained in Paragraph 10 of the Complaint.

11. Defendants deny the allegations contained in Paragraph 11 of the Complaint.

12. Defendants admit the allegations contained in Paragraph 12 of the Complaint.

13. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 13 of the Complaint and therefore deny same.

14. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 14 of the Complaint and therefore deny same.

15. Defendants are without knowledge or information sufficient to form

CHRISTIE, PARKER & HALE, LLP

a belief as to the allegations contained in Paragraph 15 of the Complaint and therefore deny same, except that Defendants admit that copies of certificates of trademark registrations are attached to the Complaint as Exhibit 1.

16. Defendants admit the allegations contained in Paragraph 16 of the Complaint.

17. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 17 of the Complaint and therefore deny same.

18. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 18 of the Complaint and therefore deny same.

19. Defendants admit the allegations contained in Paragraph 19 of the Complaint.

20. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 20 of the Complaint and therefore deny same.

21. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 21 of the Complaint and therefore deny same.

22. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 22 of the Complaint and therefore deny same.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of the Complaint.

CHRISTIE, PARKER & HALE, LLP

26. Defendants deny the allegations contained in Paragraph 26 of the Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of the Complaint.

28. Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of the Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of the Complaint.

38. Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of the Complaint.

CHRISTIE, PARKER & HALE, LLP

40. Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41. Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42. Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43. Defendants restate and incorporate herein their responses to Paragraphs 1 through 42 of the Complaint.

44. Defendants deny the factual allegations contained in Paragraph 44 of the Complaint.

45. Defendants deny the factual allegations contained in Paragraph 45 of the Complaint.

46. Defendants deny the factual allegations contained in Paragraph 46 of the Complaint.

47. Defendants deny the factual allegations contained in Paragraph 47 of the Complaint.

48. Defendants deny the factual allegations contained in Paragraph 48 of the Complaint.

49. Defendants restate and incorporate herein their responses to Paragraphs 1 through 48 of the Complaint.

50. Defendants deny the factual allegations contained in Paragraph 50 of the Complaint.

51. Defendants deny the factual allegations contained in Paragraph 51 of the Complaint.

52. Defendants deny the factual allegations contained in Paragraph 52 of the Complaint.

53. Defendants deny the factual allegations contained in Paragraph 53 of the Complaint.

CHRISTIE, PARKER & HALE, LLP

54. Defendants restate and incorporate herein their responses to Paragraphs 1 through 53 of the Complaint.

55. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 55 of the Complaint and therefore deny same.

56. Defendants deny the factual allegations contained in Paragraph 56 of the Complaint.

57. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 57 of the Complaint and therefore deny same.

58. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 58 of the Complaint and therefore deny same.

59. Defendants deny the factual allegations contained in Paragraph 59 of the Complaint.

60. Defendants deny the factual allegations contained in Paragraph 60 of the Complaint.

61. Defendants deny the factual allegations contained in Paragraph 61 of the Complaint.

62. Defendants restate and incorporate herein their responses to Paragraphs 1 through 61 of the Complaint.

63. Defendants deny the factual allegations contained in Paragraph 63 of the Complaint.

64. Defendants deny the factual allegations contained in Paragraph 64 of the Complaint.

65. Defendants deny the factual allegations contained in Paragraph 65 of the Complaint.

66. Defendants deny the factual allegations contained in Paragraph 66 of

CHRISTIE, PARKER & HALE, LLP

the Complaint.

67. Defendants deny the factual allegations contained in Paragraph 67 of the Complaint.

68. Defendants restate and incorporate herein their responses to Paragraphs 1 through 67 of the Complaint.

69. Defendants deny the factual allegations contained in Paragraph 69 of the Complaint.

70. Defendants deny the factual allegations contained in Paragraph 70 of the Complaint.

71. Defendants deny the factual allegations contained in Paragraph 71 of the Complaint.

72. Defendants deny the factual allegations contained in Paragraph 72 of the Complaint.

73. Defendants restate and incorporate herein their responses to Paragraphs 1 through 72 of the Complaint.

74. Defendants deny the factual allegations contained in Paragraph 74 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's claims fail to state a cause of action upon which relief may be granted.

### Second Affirmative Defense

Plaintiff's claims are barred under the doctrine of estoppel.

### Third Affirmative Defense

Plaintiff's claims are barred under the doctrines of laches and acquiescence.

### Fourth Affirmative Defense

Plaintiff's claims are barred under the doctrine of unclean hands by virtue of trademark misuse.

**Fifth Affirmative Defense**

Plaintiff's claims are barred under the doctrine of waiver.

WHEREFORE, Defendants pray that Plaintiff's claims be dismissed in their entirety and that Defendants recover their costs, including attorneys' fees, incurred in defense of this action.

DATED: June 10, 2013

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

By *[signature]*
Edward R. Schwartz

Attorneys for Defendants

ERS PAS1239776.1-*-06/10/13 1:46 PM

# CERTIFICATE OF SERVICE

I certify that on June 10, 2013, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **ANSWER** was served on the parties in this action by **U.S. MAIL** addressed as follows:

| | |
|---|---|
| Audra L. Thompson<br>DUANE MORRIS, LLP<br>865 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>(213) 689-7400 (Telephone)<br>(213) 689-7401 (Facsimile)<br>AThompson@duanemorris.com | Attorneys for Plaintiff<br>*Conopco, Inc. d/b/a Unilever* |
| Gregory P. Gulia<br>Vanessa C. Hew<br>DUANE MORRIS, LLP<br>1540 Broadway<br>New York, NY 10036<br>(212) 692-1000 (Telephone)<br>(212) 692-1020 (Facsimile)<br>GPGulia@duanemorris.com<br>VCHew@duanemorris.com | Attorneys for Plaintiff<br>*Conopco, Inc. d/b/a Unilever* |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 10, 2013 at Glendale, California.

_____
Roxanne Gaines