1  **EDWARD R. SCHWARTZ, CA Bar No. 147553**
   ers@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   655 North Central Avenue, Suite 2300
3  Glendale, California 91203-1445
   Telephone:  (626) 795-9900
4  Facsimile:   (626) 577-8800

5  Attorneys for Defendants

6

7                 UNITED STATES DISTRICT COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9

10 CONOPCO, INC. d/b/a UNILEVER,          Case No. 2:12-CV-10591-JAK-JCx

11                                        **CORPORATE DISCLOSURE**
           Plaintiff,                     **STATEMENT**
12
        vs.
13
   P.E. RUBALOFF CO., INC.,
14 KAREN RUBALOFF, AND
   PHILLIP RUBALOFF,
15
16         Defendants.

17

18       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant

19 P.E. Rubaloff Co., Inc., by and through its undersigned counsel, states that (a) it is

20 a corporate entity; (b) has no parent corporation; and (c) that no publicly held

21 corporation owns 10% or more of its stock.

22 DATED:  June 10, 2013              Respectfully submitted,

23                                    CHRISTIE, PARKER & HALE, LLP

24                                    By /s/ Edward R. Schwartz
                                         Edward R. Schwartz
25
                                      Attorneys for Defendants
26 RG PAS1239778.1-*-06/10/13 5:47 PM

27

28

-1-

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2013, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **CORPORATE DISCLOSURE STATEMENT** was served on the parties in this action by **U.S. MAIL** addressed as follows:

| | |
|---|---|
| Audra L. Thompson<br>DUANE MORRIS, LLP<br>865 S. Figueroa Street, Suite 3100<br>Los Angeles, CA   90017-5450<br>(213) 689-7400 (Telephone)_<br>(213) 689-7401 (Facsimile<br>AThompson@duanemorris.com | Attorneys for Plaintiff<br><br>*Conopco, Inc. d/b/a Unilever* |
| Gregory P. Gulia<br>Vanessa C. Hew<br>DUANE MORRIS, LLP<br>1540 Broadway<br>New York, NY   10036<br>(212) 692-1000 (Telephone)<br>(212) 692-1020 (Facsimile)<br>GPGulia@duanemorris.com<br>VCHew@duanemorris.com | Attorneys for Plaintiff<br><br>*Conopco, Inc. d/b/a Unilever* |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 10, 2013 at Glendale, California.

_____
Roxanne Gaines