EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>Plaintiff,<br><br>vs.<br><br>P.E. RUBALOFF CO., INC., KAREN RUBALOFF, AND PHILLIP RUBALOFF,<br><br>Defendants. | Case No. 2:12-CV-10591-JAK-JCx<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 83-1.3, Defendants give notice that this case is not related to any other matters in the Central District of California, either pending or previously filed.

DATED: June 10, 2013

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ *Edward R. Schwartz*
Edward R. Schwartz

Attorneys for Defendants

RG PAS1239780.1-*-06/10/13 5:51 PM

# CERTIFICATE OF SERVICE

I certify that on June 10, 2013, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **NOTICE OF RELATED CASES** was served on the parties in this action by **U.S. MAIL** addressed as follows:

| | |
|---|---|
| Audra L. Thompson<br>DUANE MORRIS, LLP<br>865 S. Figueroa Street, Suite 3100<br>Los Angeles, CA   90017-5450<br>(213) 689-7400 (Telephone)<br>(213) 689-7401 (Facsimile)<br>AThompson@duanemorris.com | Attorneys for Plaintiff<br>*Conopco, Inc. d/b/a Unilever* |
| Gregory P. Gulia<br>Vanessa C. Hew<br>DUANE MORRIS, LLP<br>1540 Broadway<br>New York, NY   10036<br>(212) 692-1000 (Telephone)<br>(212) 692-1020 (Facsimile)<br>GPGulia@duanemorris.com<br>VCHew@duanemorris.com | Attorneys for Plaintiff<br>*Conopco, Inc. d/b/a Unilever* |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 10, 2013 at Glendale, California.

_____
Roxanne Gaines