| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>EDWARD R. SCHWARTZ, CA Bar No. 147553<br>edward.schwartz@cph.com<br>CHRISTIE, PARKER & HALE, LLP<br>655 North Central Avenue, Suite 2300<br>Glendale, CA  91203-1445<br>(626) 795-9900 (T) / (626) 577-8800 (F) | |
|---|---|
| ATTORNEY(S) FOR: Defendants | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CONOPCO, INC., d/b/a UNILEVER<br><br>Plaintiff(s),<br>v.<br>P.E. RUBALOFF CO., INC.; KAREN RUBALOFF and PHILLIP RUBALOFF<br><br>Defendant(s) | CASE NUMBER:<br>2:12-cv-10591 JAK (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendants_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Conopco, Inc. d/b/a Unilever | Plaintiff |
| P. E. Rubaloff Co., Inc. | Defendant |
| Phillip Rubaloff | Defendant |

June 10, 2013
Date

/s/ Edward R. Schwartz
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants

# CERTIFICATE OF SERVICE

I certify that on June 10, 2013, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** was served on the parties in this action by **U.S. MAIL** addressed as follows:

| | |
|---|---|
| Audra L. Thompson<br>DUANE MORRIS, LLP<br>865 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>(213) 689-7400 (Telephone)<br>(213) 689-7401 (Facsimile)<br>AThompson@duanemorris.com | Attorneys for Plaintiff<br>*Conopco, Inc. d/b/a Unilever* |
| Gregory P. Gulia<br>Vanessa C. Hew<br>DUANE MORRIS, LLP<br>1540 Broadway<br>New York, NY 10036<br>(212) 692-1000 (Telephone)<br>(212) 692-1020 (Facsimile)<br>GPGulia@duanemorris.com<br>VCHew@duanemorris.com | Attorneys for Plaintiff<br>*Conopco, Inc. d/b/a Unilever* |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 10, 2013 at Glendale, California.

_____
Roxanne Gaines