**EDWARD R. SCHWARTZ, CA Bar No. 147553**
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Defendants,
P.E. RUBALOFF CO., INC.,
KAREN RUBALOFF, AND PHILLIP RUBALOFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>Plaintiff,<br><br>vs.<br><br>P.E. RUBALOFF CO., INC.,<br>KAREN RUBALOFF, AND<br>PHILLIP RUBALOFF,<br><br>Defendants. | Case No. 2:12-CV-10591-JAK-JCx<br><br>**ANSWER TO AMENDED COMPLAINT** |

Defendants, by their attorneys, respond to allegations contained in the Amended Complaint as follows:

1. Paragraph 1 of the Amended Complaint does not contain factual allegations which require response. To the extent that a response is deemed to be required, Defendants deny the factual allegations contained in paragraph 1 of the Amended Complaint.

2. As understood, Defendants admit the allegations contained in Paragraph 2 of the Amended Complaint.

3. Denied.

4. Defendants deny the allegations contained in the first two sentences

-1-

-2-

of paragraph 4, of the Amended Complaint.

5. Denied.

6. Denied.

7. As understood, Defendants admit the allegations contained in Paragraph 7 of the Amended Complaint.

8. Admitted.

9. Admitted.

10. Admitted.

11. As understood, Defendants deny the allegations contained in the first sentence in Paragraph 11 of the Amended Complaint.

12. Admitted.

13. Defendants are without knowledge or information as to the allegations contained in Paragraph 13 of the Amended Complaint and therefore deny same.

14. Defendants are without knowledge or information as to the allegations contained in Paragraph 14 of the Amended Complaint and therefore deny same.

15. Defendants are without knowledge or information as to the allegations contained in Paragraph 15 of the Amended Complaint and therefore deny same.

16. Defendants are without knowledge or information as to the allegations contained in Paragraph 16 of the Amended Complaint and therefore deny same.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Defendants are without knowledge or information as to the

allegations contained in Paragraph 21 of the Amended Complaint and therefore deny same.

22. Defendants are without knowledge or information as to the allegations contained in Paragraph 22 of the Amended Complaint and therefore deny same.

23. Admitted.

24. Admitted.

25. Admitted.

26. Defendants are without knowledge or information as to the allegations contained in Paragraph 26 of the Amended Complaint and therefore deny same.

27. Defendants are without knowledge or information as to the allegations contained in Paragraph 27 of the Amended Complaint and therefore deny same.

28. Defendants are without knowledge or information as to the allegations contained in Paragraph 28 of the Amended Complaint and therefore deny same.

29. As understood, Defendants deny the allegations contained in Paragraph 29 of the Amended Complaint.

30. As understood, Defendants deny the allegations contained in Paragraph 30 of the Amended Complaint.

31. Defendants deny the allegations contained in the second sentence of Paragraph 31 of the Amended Complaint.

32. Admitted.

33. Defendants deny the allegations contained in Paragraph 33 of the Amended Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of the Amended Complaint.

CHRISTIE, PARKER & HALE, LLP

1  35. Defendants deny the allegations contained in Paragraph 35 of the Amended Complaint.

2  36. Defendants deny the allegations contained in Paragraph 36 of the Amended Complaint.

3  37. Defendants deny the allegations contained in Paragraph 37 of the Amended Complaint.

4  38. Defendants deny the allegations contained in Paragraph 38 of the Amended Complaint.

5  39. Defendants deny the allegations contained in Paragraph 39 of the Amended Complaint.

6  40. Defendants are without knowledge or information as to the allegations contained in Paragraph 40 of the Amended Complaint and therefore deny same.

7  41. Defendants are without knowledge or information as to the allegations contained in Paragraph 41 of the Amended Complaint and therefore deny same.

8  42. Defendants are without knowledge or information as to the allegations contained in Paragraph 42 of the Amended Complaint and therefore deny same.

9  43. Defendants are without knowledge or information as to the allegations contained in Paragraph 43 of the Amended Complaint and therefore deny same.

10  44. Defendants are without knowledge or information as to the allegations contained in Paragraph 44 of the Amended Complaint and therefore deny same.

45. Denied.

46. Denied.

47. Denied.

48. Defendants are without knowledge or information as to the allegations contained in Paragraph 48 of the Amended Complaint and therefore deny same.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Defendants repeat their responses to Paragraphs 1 through 58 above.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Defendants repeat their responses to Paragraphs 1 through 65 above.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Defendants repeat their responses to Paragraphs 1 through 72 above.

-5-

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Defendants repeat their responses to Paragraphs 1 through 79 above.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Defendants repeat their responses to Paragraphs 1 through 85 above.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Defendants repeat their responses to Paragraphs 1 through 91 above.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Defendants repeat their responses to Paragraphs 1 through 97 above.

99. Defendants are without knowledge or information as to the allegations contained in Paragraph 99 of the Amended Complaint and therefore deny same.

100. Denied.

101. Defendants are without knowledge or information as to the allegations contained in Paragraph 102 of the Amended Complaint and therefore deny same.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Defendants repeat their responses to Paragraphs 1 through 105 above.

107. Defendants are without knowledge or information as to the allegations contained in Paragraph 107 of the Amended Complaint and therefore deny same.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Defendants repeat their responses to Paragraphs 1 through 112 above.

114. Defendants are without knowledge or information as to the allegations contained in Paragraph 114 of the Amended Complaint and therefore deny same.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

CHRISTIE, PARKER & HALE, LLP

120. Defendants repeat their responses to Paragraphs 1 through 119 above.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Defendants repeat their responses to Paragraphs 1 through 125 above.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

132. Defendants repeat their responses to Paragraphs 1 through 131 above.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Defendants repeat their responses to Paragraphs 1 through 137 above.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Defendants repeat their responses to Paragraphs 1 through 142

CHRISTIE, PARKER & HALE, LLP

above.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Defendants repeat their responses to Paragraphs 1 through 147 above.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Defendants repeat their responses to Paragraphs 1 through 152 above.

154. Denied.

155. Denied.

156. Denied.

157. Defendants repeat their responses to Paragraphs 1 through 156 above.

158. Denied.

159. Denied.

160. Denied.

161. Defendants repeat their responses to Paragraphs 1 through 160 above.

162. Denied.

163. Denied.

164. Denied.

CHRISTIE, PARKER & HALE, LLP

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's claims fail to state a cause of action upon which relief may be granted.

### Second Affirmative Defense

Plaintiff's claims are barred under the doctrine of estoppel.

### Third Affirmative Defense

Plaintiff's claims are barred under the doctrines of laches and acquiescence.

### Fourth Affirmative Defense

Plaintiff's claims are barred under the doctrine of waiver.

WHEREFORE, Defendants pray that Plaintiff's claims be dismissed in their entirety and that Defendants recover their costs, including attorneys' fees, incurred in defense of this action.

DATED: August 9, 2013

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ Edward R. Schwartz
　　Edward R. Schwartz

Attorneys for Defendants,
P.E. RUBALOFF CO., INC., KAREN RUBALOFF, AND PHILLIP RUBALOFF

SES PAS1250936.1-*-08/9/13 2:11 PM

CHRISTIE, PARKER & HALE, LLP