# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-10591-JAK (JCx) | Date | August 14, 2013 |
|---|---|---|---|
| Title | Conopco, Inc. v. P E Rubaloff, Co., Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Gregory Gulia<br>Vanessa Hew | Edward Schwartz |

**Proceedings:**     **TELEPHONIC CONFERENCE RE: SETTLEMENT CONFERENCE**

      The Court and counsel conferred off the record regarding the upcoming Settlement Conference scheduled for Wednesday, August 21, 2013 at 9:30 a.m.

|  | 10 minutes |
|---|---|
| Initials of Deputy Clerk | hr |