UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-10591-JAK (JCx) | Date | August 21, 2013 |
|---|---|---|---|
| Title | Conopco, Inc. d/b/a Unilever v. P.E. Rubaloff Co., Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | N/A | C/S 8/21/13 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Audra Thompson<br>Gregory Gulia<br>Vanessa Hew | Edward Schwartz |

**Proceedings:**     **SETTLEMENT CONFERENCE**

   A Settlement Conference in this matter was held on August 21, 2013. Audra Thompson, Gregory Gulia, and Vanessa Hew, counsel for plaintiff, appeared with Kimberly Stokes and Andy Hotchkiss, representatives for plaintiff. Edward Schwartz, counsel for defendants, appeared with defendants Philip Rubaloff and Karen Vondra (sued as Karen Rubaloff), both of whom were present in their individual capacities and as representatives of defendant P.E. Rubaloff Co., Inc.

   The parties conferred with the Court. A settlement of the matter was reached, the terms of which were stated on the record and are reflected in the draft Consent Judgment attached hereto.

Attachment

| | 7 | : | 24 |
|---|---|---|---|
| Initials of Preparer | hr | | |