1  Audra L. Thompson (SBN 218479)
   DUANE MORRIS LLP
2  865 S. Figueroa St., Suite 3100
   Los Angeles, CA 90017-5450
3  Telephone: (213) 689-7400
   Facsimile: (213) 689-7401
4  E-mail:   AThompson@duanemorris.com

5  Gregory P. Gulia *(admitted pro hac vice)*
   Vanessa C. Hew  *(admitted pro hac vice)*
6  DUANE MORRIS LLP
   1540 Broadway
7  New York, New York 10036-4086
   Telephone: (212) 692-1000
8  Facsimile: (212) 692-1020
   E-mail:   GPGulia@duanemorris.com
9            VCHew@duanemorris.com

10 Attorneys for Plaintiff
   Conopco, Inc. d/b/a Unilever

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

| 15 | CONOPCO, INC. d/b/a UNILEVER | **Case No.: 2:12-cv-10591-JAK-JC** |
|---|---|---|
| 16 | Plaintiff, | |
| 17 | v. | **AMENDED STIPULATION TO CONSENT JUDGMENT** |
| 18 | P.E. RUBALOFF CO., INC., KAREN RUBALOFF and PHILLIP RUBALOFF | |
| 19 | | |
| 20 | Defendants. | |

21
22
23
24
25
26
27
28

AMENDED STIPULATION TO CONSENT JUDGMENT
DM2\4444843.1

1 | All parties to this action hereby stipulate to the Consent Judgment attached
2 | hereto as Exhibit A.

3 | Dated: August 29, 2013    **DUANE MORRIS LLP**

4 |
5 |                By: /s/ Audra L. Thompson
                       Audra L. Thompson
6 |                    Gegory P. Gulia(admitted *pro hac vice*)
                       Vanessa C. Hew (admitted *pro hac vice*)
7 |
8 |                    Attorneys for Plaintiff
                       Conopco, Inc. d/b/a Unilever
9 |
10 | Dated: August 29, 2013    **CHRISTIE PARKER HALE LLP**

11 |                By: /s/ Edward R. Schwartz
                        Edward R. Schwartz
12 |
13 |                    Attorneys for Defendants
                       P.E. Rubaloff Co., Inc., Karen Rubaloff and
14 |                   Phillip Rubaloff

15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED STIPULATION TO CONSENT JUDGMENT